Jose A. Cadiente, Zambales, PH, for Petitioner.

Sarah M. Bienkowski, Department of Justice, Washington, DC, for Respondent.

ON MOTION

ORDER

Upon consideration of Jose A. Cadiente's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

Christopher A. Bowen, Department of Justice, Washington, DC, for Respondent–Appellee.

ON MOTION

ORDER

Upon consideration of Randall R. Lewis' motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

Randall R. LEWIS, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7090.

United States Court of Appeals, Federal Circuit.

July 19, 2011.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Patrick C. NOVAK, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7121.

United States Court of Appeals, Federal Circuit.

July 19, 2011.

William P. Rayel, Department of Justice, Washington, DC, for Respondent–Appellee.